USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN YUANJIAN DIANLI ENGINEERING CO., LTD.; NANYANGAIMINKEJIYOUXIANGONGSI; SHENZHEN JIACHUANGRONG NEW ENERGY CO., LTD.; SHENZHEN HUA KUAI TECHNOLOGY CO., LTD.; and ZHONGHENG CULTURAL CREATIVITY (SHENZHEN) CO., LTD.,

Plaintiffs,

-against-

SHENZHEN FENGSHUN TECHNOLOGY CO., LTD.,

Defendant.

1:26-cv-8926-MKV

ORDER DENYING PRELIMINARY INJUNCTION

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of an application by Plaintiffs for preliminary injunctive relief. [ECF No. 18]. Plaintiffs have not served Defendant with a summons or copy of the operative complaint, insisting that service "is a separate matter, on which Plaintiffs will move separately." [ECF No. 18-1] at 12. Plaintiffs are incorrect.

"In the absence of service of process (or waiver of service by the defendant), a court ordinarily may not exercise power over a party the complaint names as defendant." *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999). Before Defendant has been served, then, the Court "may not grant a final, or even an interlocutory, injunction." *In re Rationis Enters., Inc. of Panama*, 261 F.3d 264, 270 (2d Cir. 2001).

Plaintiffs make no effort to argue that some exigency calls for a dispensation from these axiomatic principles of procedure; instead, they offer to send the moving papers to Defendant and its counsel. *See* [ECF No. 18-1] at 11–12. The Court sees no reason to endorse Plaintiffs' bespoke approach.

Accordingly, the application is DENIED without prejudice to renewal after service of process.

**SO ORDERED:**

**DATED: October 29, 2026**
**New York, New York**

Mary Kay Vyskocil

**Mary Kay Vyskocil**
**United States District Judge**